UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

          Plaintiff,

- against -

EVANSTON INSURANCE COMPANY, ET AL.,

          Defendants.

---

23-cv-11166 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The deadline for the defendants to answer or respond to the plaintiff's complaint was January 18, 2024. To date, no answer has been filed. The deadline for the defendants to respond or answer is extended to **February 9, 2024.**

SO ORDERED.

Dated:    New York, New York
            January 22, 2024

                                              _____
                                              John G. Koeltl
                                              United States District Judge