UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

           Plaintiff,

  - against -

EVANSTON INSURANCE COMPANY, ET AL.,

           Defendants.

23-cv-11166 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by February 26, 2024.

SO ORDERED.

Dated:    New York, New York
           February 12, 2024

                              /s/ John G. Koeltl
                              John G. Koeltl
                           United States District Judge