UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CERTAIN UNDERWRITERS AT LLOYD'S,
                Plaintiff(s)

                23 civ 11166 (JGK)

      -against-

EVANSTON INSURANCE COMPANY,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

A scheduling order having been entered on February 23, 2024

The conference for April 30, 2024, at 3:30pm, is canceled.

**SO ORDERED.**

                                                          **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      April 25, 2024