UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON,

                       Plaintiff,                  **23 Civ. No. 11166 (JGK) (GS)**

         -against-                     **PRE-SETTLEMENT**
                                                          **CONFERENCE ORDER**

EVANSTON INSURANCE COMPANY,
*et al.,*

                       Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, May 21, 2025 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 288 182 928#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held in June 2025.

      **SO ORDERED.**

DATED:    New York, New York
               May 13, 2025

                                                           _____
                                                             The Honorable Gary Stein
                                                             United States Magistrate Judge