UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON,

                        Plaintiff,          23 Civ. No. 11166 (JGK) (GS)

      -against-

                                            **ORDER SCHEDULING**
EVANSTON INSURANCE COMPANY,        **SETTLEMENT CONFERENCE**
*et al.*,

                        Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      A video settlement conference in this matter is scheduled for **Wednesday, July 23, 2025 at 2:00 p.m.** by Microsoft Teams. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Wednesday, July 16, 2025**.

      SO ORDERED.

DATED:    New York, New York
             May 21, 2025

                                                         _____
                                                          The Honorable Gary Stein
                                                          United States Magistrate Judge