UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON,                                    23-cv-11166 (JGK)

                    Plaintiffs,                     Order

        - against -

EVANSTON INSURANCE COMPANY,
ET AL.,

                    Defendants.

————————————————————————

**John G. Koeltl, District Judge:**

The plaintiffs in this case are Certain Underwriters at Lloyd's, London and are comprised of various underwriting syndicates listed in paragraphs 5-10 of the Complaint. See ECF No. 1, at ¶¶ 5-10. The plaintiffs allege subject-matter jurisdiction in this case based on diversity of citizenship, see id. ¶ 16, and allege the citizenship of the various underwriting syndicates based on place of incorporation and principal place of business, see id. ¶¶ 6-9. However, "underwriting syndicates subscribing to [Lloyd's policies] are unincorporated business organizations that have the citizenship of each of their member[s]." ANHAM USA, Inc. v. Afghan Glob. Ins., Inc., No. 23-cv-2763, at *6 (S.D.N.Y. July 10, 2024). To determine whether complete diversity exists, the Court must ascertain the citizenship of all of the syndicates' members, see id., and if any member is a limited partnership, the citizenship of all of the limited partnership's members, see Carden v. Arkoma Assocs., 494 U.S. 185, 195–96 (1990). In addition, the plaintiffs allege that the plaintiffs "Certain Underwriters" are

"those individuals subscribing to policy no. 10867L200004, issued by Plaintiff," without designating the citizenship of those individuals.

Therefore, by **Friday, May 29, 2026,** the plaintiffs are directed to identify the citizenship of each of the plaintiffs.

By **Friday, May 29, 2026,** the parties are also directed to explain why there is venue in the Southern District of New York when the ultimate occurrence occurred in the Eastern District of New York and the resulting lawsuit is pending in state court in the Eastern District of New York. The parties are further directed to explain whether the case should be transferred to the Eastern District of New York.

**SO ORDERED.**

**Dated:**      **New York, New York**
             **May 26, 2026**

_____
       **John G. Koeltl**
**United States District Judge**

2